936

No. 844, Misc. SMITH ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Edwin Jason Dryer* for petitioners. *Solicitor General Griswold* for the United States.

No. 848, Misc. RUDERER *v.* MEYER ET AL. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 857, Misc. JEFFERSON *v.* PEERLESS PUMPS HYDRODYNAMIC, DIVISION OF FMC CORP. C. A. 9th Cir. Certiorari denied. *Earl Johnson, Jr.,* for petitioner. *Leonard S. Janofsky* for respondent.

No. 882, Misc. HENDERSON *v.* PENNSYLVANIA ET AL. Sup. Ct. Pa. Certiorari denied.

No. 409, Misc. SOLOMON *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Herald Price Fahringer* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Hillel Hoffman,* Assistant Attorney General, for respondent.

No. 538, Misc. HILBRICH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Albert Ritchie* and *David Boyd* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.